| | | |
|---|---|---|
| People v Pace | 4th Dept: 143 AD3d 1286 (Erie) | denied 1/5/17 (DiFiore, Ch. J.) |
| People v Page | 4th Dept: 144 AD3d 1581 (Niagara) | denied 1/17/17 (Stein, J.) |
| People v Parker (Alfred) | 4th Dept: 132 AD3d 1270 (Erie) | denied 1/19/17 (Abdus-Salaam, J.) (Appeal No. 2) |
| People v Parker (Devorn) | App Term, 1st Dept: 53 Misc 3d 128(A) (Bronx) | denied 1/16/17 (Rivera, J.) |
| People v Patel (Vinod) | App Div, 2d Dept: 2016 NY Slip Op 89517(U) (Queens) | dismissed 1/23/17 (Fahey, J.) |
| People v Patel (Vinod) | App Div, 2d Dept: 2016 NY Slip Op 91140(U) (Nassau) | dismissed 1/30/17 (Fahey, J.) |
| People v Peals | 1st Dept: 143 AD3d 535 (NY) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Pendarvis | 4th Dept: 143 AD3d 1275 (Erie) | denied 1/10/17 (Stein, J.) |
| People v Perez (Lawrence) | 1st Dept: 142 AD3d 869 (Bronx) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Perez (Rudy) | 1st Dept: 143 AD3d 530 (NY) | denied 1/4/17 (Stein, J.) |
| People v Perry | 1st Dept: 144 AD3d 469 (Bronx) | denied 1/18/17 (Fahey, J.) |
| People v Phillips | App Term, 1st Dept: 53 Misc 3d 151(A) (NY) | denied 1/30/17 (Fahey, J.) |
| People v Pierce | 4th Dept: 142 AD3d 1341 (Erie) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Pomales (Jaime) | 4th Dept: 142 AD3d 1386 (Monroe) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Pomales (Jaimen) | 4th Dept: 142 AD3d 1386 (Monroe) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Pryce | 1st Dept: 143 AD3d 554 (NY) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Puig | 1st Dept: 143 AD3d 588 (NY) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Ramos | 1st Dept: 144 AD3d 576 (Bronx) | denied 1/19/17 (DiFiore, Ch. J.) |
| People v Randall | 1st Dept: 143 AD3d 411 (NY) | denied 1/9/17 (Stein, J.) |
| People v Raska | County Ct, 10/3/16 (Rensselaer) | denied 1/5/17 (DiFiore, Ch. J.) |
| People v Rastaldo | 1st Dept: 132 AD3d 455 (NY) | denied 1/9/17 (Stein, J.) |
| People v Reader (Jeffery) | 2d Dept: 142 AD3d 1109 (Richmond) | denied 1/6/17 (Fahey, J.) |